UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY R. WERNER,

    Plaintiff,

v.

PRICEONOMICS, INC.,

    Defendant.

Case No. 20-cv-04006-HSG

**SCHEDULING ORDER**

A case management conference was held on September 15, 2020. Having considered the parties' proposals, *see* Dkt. No. 14, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | November 20, 2020 |
| Close of Fact Discovery | February 12, 2021 |
| Exchange of Opening Expert Reports | March 1, 2021 |
| Exchange of Rebuttal Expert Reports | March 15, 2021 |
| Close of Expert Discovery | April 5, 2021 |
| Dispositive Motion Hearing Deadline | May 27, 2021, at 2:00 p.m. |
| Pretrial Conference | August 17, 2021, at 3:00 p.m. |
| Jury Trial (3 days) | August 30, 2021, at 8:30 a.m. |

The Court understands that Plaintiff has not requested a jury trial at this time, but Defendant intends to do so when it files its response to the complaint. *See* Dkt. No. 14 at 10.

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 9/17/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge